# Exhibit A

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 6 | R&R EXPRESS, INC | 7/16/2019 | 2000096018 | Wire | $ 47,520.15 | 5100591235 | 4/4/2019 | $ 1,046.36 |
| 7 | | | | | | 5100591236 | 4/4/2019 | $ 1,575.86 |
| 8 | | | | | | 5100591422 | 4/5/2019 | $ 1,048.80 |
| 9 | | | | | | 5100592438 | 4/10/2019 | $ 1,707.20 |
| 10 | | | | | | 5100592715 | 4/11/2019 | $ 1,095.00 |
| 11 | | | | | | 5100596836 | 5/3/2019 | $ 800.40 |
| 12 | | | | | | 1900042114 | 5/9/2019 | $ 150.00 |
| 13 | | | | | | 5100599005 | 5/14/2019 | $ 2,580.93 |
| 14 | | | | | | 5100599292 | 5/15/2019 | $ 2,580.93 |
| 15 | | | | | | 5100599535 | 5/16/2019 | $ 1,101.99 |
| 16 | | | | | | 5100599536 | 5/16/2019 | $ 1,213.92 |
| 17 | | | | | | 1900042235 | 5/17/2019 | $ 318.75 |
| 18 | | | | | | 5100599871 | 5/17/2019 | $ 1,101.99 |
| 19 | | | | | | 5100600079 | 5/20/2019 | $ 1,213.93 |
| 20 | | | | | | 5100601288 | 5/27/2019 | $ 1,213.92 |
| 21 | | | | | | 5100601712 | 5/29/2019 | $ 2,184.57 |
| 22 | | | | | | 5100601713 | 5/29/2019 | $ 1,722.72 |
| 23 | | | | | | 5100601982 | 5/30/2019 | $ 1,722.72 |
| 24 | | | | | | 5100602215 | 5/31/2019 | $ 1,722.72 |
| 25 | | | | | | 5100602216 | 5/31/2019 | $ 854.00 |
| 26 | | | | | | 5100602855 | 5/31/2019 | $ 1,518.43 |
| 27 | | | | | | 5100603110 | 6/4/2019 | $ 1,149.39 |
| 28 | | | | | | 5100604118 | 6/10/2019 | $ 2,247.00 |
| 29 | | | | | | 5100604420 | 6/11/2019 | $ 848.00 |
| 30 | | | | | | 5100604421 | 6/11/2019 | $ 1,209.50 |
| 31 | | | | | | 5100604422 | 6/11/2019 | $ 1,615.71 |
| 32 | | | | | | 5100604690 | 6/12/2019 | $ 1,991.20 |
| 33 | | | | | | 5100605700 | 6/17/2019 | $ 1,714.96 |
| 34 | | | | | | 5100605976 | 6/18/2019 | $ 1,100.83 |
| 35 | | | | | | 5100606507 | 6/20/2019 | $ 2,050.76 |
| 36 | | | | | | 5100607158 | 6/24/2019 | $ 960.91 |
| 37 | | | | | | 5100607159 | 6/24/2019 | $ 2,309.87 |
| 38 | | | | | | 5100608283 | 6/28/2019 | $ 1,846.88 |
| 39 | | | | | | | | $ 47,520.15 |
| 40 | | | | | | | | |
| 41 | R&R EXPRESS, INC | 8/12/2019 | 2000096545 | Wire | $ 150.00 | 1900042997 | 6/4/2019 | $ 150.00 |
| 42 | | | | | | | | |
| 43 | | | | | $ 47,670.15 | | | $ 47,670.15 |